

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/03/2020

| | | |
|---|---|---|
| IN RE: § | | |
|    MICHAEL ALLEN COLLINS, § | | Case No. 19-32745 |
| § | | |
| Debtor § | | |
| § | | |
| § | | |
| CORINNA von SCHÖNAU-RIEDWEG § | | |
| and | | |
| EBUR INVESTMENTS, LLC § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| vs. § | | Adversary No. 19-03591 |
| § | | |
| MICHAEL ALLEN COLLINS, § | | |
| § | | |
| Defendant. § | | |

## FINAL JUDGMENT

Pursuant to the *Stipulation* attached as Exhibit A to Plaintiffs Corinna von Schonau-Riedweg and Ebur Investment, LLC's *Second Motion to Dismiss Adversary Proceeding Under Fed. R. Bankr. P. 7041 and Approval of Related Stipulation* filed in the main bankruptcy case captioned above, the Court, under Rules 7041 and 9021 and as its final judgment in this above-captioned adversary proceeding, hereby ORDERS that the above-captioned adversary proceeding is DISMISSED.

Signed: February 03, 2020

_____
Jeffrey P. Norman
United States Bankruptcy Judge

US_Active\113786303\V-1